UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

RASHAWN DAVIDSON,

Defendant.

15-CR-288-22 (RMB)
15-CR-310 (RMB)

<u>ORDER</u>

The Government is respectfully requested to respond to Defendant's "Motion for Resentencing Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G § 1B1.10 and Amendment 821" (ECF No. 1558) and Defendant's "Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)" (ECF No. 1541) on or before June 12, 2024. Defense to reply on or before June 17, 2024.

Richard M. Berman
United States District Judge

Dated: May 28, 2024
       New York, New York